JANE MARSHALL, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, Impleaded with MARY A. MARSHALL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ARTHUR C. SMITH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Successor Trustee under the Last Will and Testament of ALETHEA R. CHESTER, Deceased, Plaintiff, Respondent, v. ALICE RUDD OTIS and Others, Defendants, Respondents, and GEORGIANA W. CHESTER, Individually and as Executrix, etc., of ALBERT H. CHESTER, the Elder, Deceased, Defendants, and THE NATIONAL BANK OF NEW JERSEY, as Executor, etc., of ALBERT H. CHESTER, JR., Deceased, Defendant, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs to defendants-respondents, excepting Alethea Sanford Truax, payable out of the fund. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Plaintiffs, Respondents, v. CITY CHEMICAL CORP., Appellant, Respondent, and AKATOS, INC., Impleaded Defendant, Respondent, Appellant.— Order unanimously affirmed, without costs, with leave to the defendant City Chemical Corp. to serve a fourth amended answer within ten days after service of order on payment of the ten dollars costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HAROLD M. PHILLIPS, Respondent, v. HERMAN BAUMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of RICHARD A. KNIGHT, an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.